

**Results for:** plaintiff-litigant(brandon callier)

## Dockets

1. ### Callier Et Al V. Billie Bauer

   ... (Entered: 09/25/2007) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Jun 19, 2007 | **Docket Number:** 3:07cv226 | **Nature of Suit:** Assault, Libel & Slander | **Cause:** Diversity-Libel,Assault,Slander | **Status:** Closed

2. ### Callier Et Al V. Checkfreepay Corporation

   ... (gp) (Entered: 05/14/2015) Judge David Briones Assigned DAVID BRIONES 2004-05-19T10:03:00 1035271890547 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Aug 29, 2014 | **Docket Number:** 3:14cv329 | **Nature of Suit:** Other Contract | **Cause:** Diversity-Other Contract | **Status:** Closed

3. ### Callier V. Advanta Bank Corp. Et Al

   ... (Entered: 03/23/2010) Judge David Briones Assigned DAVID BRIONES 2004-05-19T10:03:00 1035271890547 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Apr 27, 2009 | **Docket Number:** 3:09cv146 | **Nature of Suit:** Consumer Credit | **Cause:** Fair Credit Reporting Act | **Status:** Closed

4. ### Callier V. Bitty Advance 2, Llc. Et Al

   ... FABRICE FELLOUS and THE APPROVAL DEPARTMENT, LLC d/b/a NEXTDAY MCA by **Brandon Callier**. (em) (Entered: 09/13/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Jul 06, 2021 | **Docket Number:** 3:21cv158 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

5. ### Callier V. Carguard Administration Inc Et Al

   ... (dc) (Entered: 07/09/2020) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** US District Court for the Western District of Texas | **Date Filed:** May 01, 2020 | **Docket Number:** 3:20cv118 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

6. [Callier V. Century Relief, Llc Et Al](#)

    ... 08/23/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Mar 22, 2021 | **Docket Number:** 3:21cv70 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

7. [Callier V. Charter Communications, Inc](#)

    ... SUMMONS Returned Executed by **Brandon Callier** . Charter Communications, Inc served on 8/27/2021, answer due 9/17/2021. (ep1) ...
    ... (ep1) (Entered: 09/03/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Aug 19, 2021 | **Docket Number:** 3:21cv193 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

8. [Callier V. Creative Capital Solutions, Llc, A Florida Limited Liability Company Et Al](#)

    ... (fm) (Entered: 07/14/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Nov 23, 2020 | **Docket Number:** 3:20cv291 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

9. [Callier V. Document Management Resources, Llc Et Al](#)

    ... (dc) (Entered: 08/09/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Aug 09, 2021 | **Docket Number:** 3:21cv183 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

10. [Callier V. Ebf Partners, Llc, D/B/A Everest Business Funding Et Al](#)

... PLAINTIFF'S MOTION to Dismiss with prejudice by **Brandon Callier**. (jg1) (Entered: 09/01/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Aug 09, 2021 | **Docket Number:** 3:21cv180 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

11. [Callier V. Greensky Inc., A Delaware Corporation](#)

   ... (dc) (Entered: 07/08/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Dec 07, 2020 | **Docket Number:** 3:20cv304 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

12. [Callier V. Indymae, Llc Et Al](#)

   ... 09/13/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Sep 13, 2021 | **Docket Number:** 3:21cv216 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

13. [Callier V. Infusion Capital Group. Llc Et Al](#)

   ... Transmittal via Certified Mailing to **Brandon Callier** of 4 Order on Motion to Dismiss (mc4) (Entered: 09/03/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Aug 09, 2021 | **Docket Number:** 3:21cv181 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

14. [Callier V. Johnson Et Al](#)

   ... against Defendants Michael Johnson, Keeping Capital, LLC. and David King by **Brandon Callier** . (Attachments: # 1 Affidavit in Support, # 2 Certificate of ...
   ... Default)(dc) (Entered: 09/03/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

   **Court:** United States District Court, Texas Western | **Date Filed:** Jul 06, 2021 | **Docket Number:** 3:21cv157 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

15. Callier V. Marathon Administrative Co. Inc Et Al

    ... (mn) (Entered: 02/10/2020) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Jan 02, 2020 | **Docket Number:** 3:20cv1 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

16. Callier V. Mccarthy Law, Plc. Et Al

    ... 08/25/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Jan 25, 2021 | **Docket Number:** 3:21cv15 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

17. Callier V. Morality Inc. Et Al

    ... 09/07/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Sep 07, 2021 | **Docket Number:** 3:21cv207 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

18. Callier V. Multiplan, Inc, A New York Corporation Et Al

    ... (jg1) (Entered: 08/27/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Dec 28, 2020 | **Docket Number:** 3:20cv318 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

19. Callier V. National United Group, Llc Et Al

    ... Kyle) (Entered: 09/10/2021) Judge David Briones Assigned DAVID BRIONES 2004-05-19T10:03:00 1035271890547 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court:** United States District Court, Texas Western | **Date Filed:** Mar 22, 2021 | **Docket Number:** 3:21cv71 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

20. Callier V. Nest Egg Financial, Llc Et Al

... (lc3) (Entered: 09/13/2021) Judge David Briones Assigned DAVID BRIONES 2004-05-19T10:03:00 1035271890547 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Sep 13, 2021 | **Docket Number:** 3:21cv215 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

21. Callier V. Portfolio Recovery Associates, Llc, Et Al

... 08/24/2006) Judge Philip R. Martinez Assigned PHILIP R MARTINEZ 2012-05-06T04:37:00 1597834958255 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** US District Court for the Western District of Texas | **Date Filed:** Aug 22, 2006 | **Docket Number:** 3:06cv299 | **Nature of Suit:** Other Statutory Actions | **Cause:** Fair Debt Collection Act | **Status:** Closed

22. Callier V. Rocha Et Al

... 12/03/2020) Judge Philip R. Martinez Assigned PHILIP R MARTINEZ 2012-05-06T04:37:00 1597834958255 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Oct 22, 2020 | **Docket Number:** 3:20cv266 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

23. Callier V. Ryan, Etal.

... (fm) (Entered: 06/22/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Oct 22, 2020 | **Docket Number:** 3:20cv265 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

24. Callier V. Skyhigh Funding, Llc, A New York Limited Liability Company Et Al

... (fm) (Entered: 02/08/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Nov 23, 2020 | **Docket Number:** 3:20cv292 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

25. Callier V. Straight Line Source, Inc., A New York Corporation Et Al

... (fm) (Entered: 02/19/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Nov 13, 2020 | **Docket Number:** 3:20cv282 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

26. Callier V. Summit Horizon Financial Services, Llc. Et Al

... (dc) (Entered: 09/08/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Feb 04, 2021 | **Docket Number:** 3:21cv23 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

27. Callier V. Sunpath Ltd Et Al

... (dt) (Entered: 06/15/2021) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Apr 20, 2020 | **Docket Number:** 3:20cv106 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

28. Callier V. Sunpath Ltd Et Al

... (mn) (Entered: 02/18/2020) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Jan 24, 2020 | **Docket Number:** 3:20cv23 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

29. Callier V. Sunpath Ltd Et Al

... (fm) (Entered: 08/17/2020) Judge Frank Montalvo Assigned FRANK MONTALVO 2004-05-19T10:03:00 1199708791161 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Apr 20, 2020 | **Docket Number:** 3:20cv105 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

30. Callier V. The Design Laza, Inc Et Al

... (ep1) (Entered: 09/13/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Sep 13, 2021 | **Docket Number:** 3:21cv213 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

31. Callier V. The Litigation Practice Group, Pc

... 04/30/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Jan 19, 2021 | **Docket Number:** 3:21cv11 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

32. Callier V. United Debt Settlement, Llc, A New York Limited Liability Company Et Al

... SATISFACTION OF JUDGMENT filed by **Brandon Callier**. (mg2) (Entered: 07/14/2021) Judge David Briones Assigned DAVID BRIONES 2004-05-19T10:03:00 1035271890547 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Nov 23, 2020 | **Docket Number:** 3:20cv289 | **Nature of Suit:** Telephone Consumer Protection Act (TCPA) | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

33. Callier V. United Debt Settlement, Llc Et Al

... NOTICE of Satisfaction of Judgment by **Brandon Callier** (mc4) (Entered: 08/13/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Sep 03, 2020 | **Docket Number:** 3:20cv235 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Closed

34. Callier V. United Docu Prep, Inc. Et Al

... 08/17/2021) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

**Court:** United States District Court, Texas Western | **Date Filed:** Aug 16, 2021 | **Docket Number:** 3:21cv189 | **Nature of Suit:** Telephone Consumer Protection Act | **Cause:** Restrictions of Use of Telephone Equipment | **Status:** Open

35. [Callier V. United Student Loan Assistance Center Llc, A Florida Corporation Et Al](#)

    ... Return signed Certified Mail Receipt of 7 Order Dismissing Case to **Brandon Callier** (mc4) (Entered: 12/21/2020) Judge David C Guaderrama Assigned DAVID C GUADERRAMA 2010-10-19T00:10:00 1491842126431 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court**: United States District Court, Texas Western | **Date Filed**: Nov 19, 2020 | **Docket Number**: 3:20cv286 | **Nature of Suit**: Telephone Consumer Protection Act (TCPA) | **Cause**: Restrictions of Use of Telephone Equipment | **Status**: Closed

36. [V. Callier Et Al](#)

    ... (KC) (Entered: 08/31/2021) Judge Kathleen Cardone Assigned KATHLEEN CARDONE 2004-05-19T10:03:00 1363459836503 **Brandon Callier** P Plaintiff **BRANDON CALLIER** 2006-08-24T01:12:00 1 **Brandon Callier Brandon Callier** PRO SE -1...

    **Court**: United States District Court, Texas Western | **Date Filed**: Aug 09, 2021 | **Docket Number**: 3:21cv182 | **Nature of Suit**: Telephone Consumer Protection Act | **Cause**: Restrictions of Use of Telephone Equipment | **Status**: Open